**Fill in this information to identify the case:**

Debtor 1  Algimantax K. Keburis

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  15-37343

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  3 8 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2016

**New total payment:**    $ 1,920.61
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 581.68        New escrow payment: $ 532.85

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1              **Notice of Mortgage Payment Change**                page 1

Debtor 1  **Algimantax K. Keburis**
         First Name   Middle Name   Last Name                Case number (*if known*) 15-37343

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Nisha B. Parikh                                    Date  01/29/2016
Signature

Print:   **Nisha B. Parikh**                             Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company  Anselmo Lindberg Oliver, LLC.

Address  1771 W. Diehl Rd. Ste 120
         Number        Street

         Naperville                    IL    60563
         City                          State  ZIP Code

Contact phone  (630) 453-6960                            Email  bankruptcy@alolawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 15-37343 |
| **Algimantax K. Keburis** | CHAPTER 13 |
| Debtor(s). | JUDGE Jack B. Schmetterer |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2016, a copy of the foregoing Notice of Mortgage Payment Change was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Chad M. Hayward, Debtor's Counsel, courtnotice@haywardlawoffices.com

And on the following by **first-class U.S. Mail** addressed to:

Algimantax K. Keburis, 9610 S. Kedzie Ave., Evergreen Park, IL 60805

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603


   /s/ Kristen Andre
ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)

**Representation Of Printed Document**



# ESCROW ACCOUNT DISCLOSURE STATEMENT

PO Box 619063
Dallas, TX  75261-9063

ALGIMANTAS KEBURIS
9610 S KEDZIE AVE
EVERGREEN PK IL  60805-3153

**Loan Number:**
**Analysis Date:** 12/30/2015

**Customer Service**
Monday-Thursday   9:00 a.m. to 9:00 p.m. CT
Friday            9:00 a.m. to 5:00 p.m. CT
Saturday          10:00 a.m. to 4:00 p.m. CT

|  | PRESENT PAYMENT | NEW PAYMENT effective 03/01/2016 |
|---|---|---|
| Principal & Interest | $1,387.76 | $1,387.76 |
| Escrow Payment | $0.00 | $532.85 |
| Escrow Shortage | $581.68 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$1,969.44** | **$1,920.61** |

## ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $6,394.17 / 12 months = $532.85.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:

You have a surplus of $1,237.85 because the Projected Low Point (c) of $2,303.55 is more than the Required Low Point (b) of $1,065.70.

If the surplus is less than $50.00, we divide it equally over the next 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will send you a check for the surplus amount.

**3. New Monthly Escrow Payment**

| Principal & Interest | $1,387.76 |
|---|---|
| Escrow Payment | $532.85 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$1,920.61** |
| Effective Date | 03/01/2016 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 2,303.52 | 1,065.67 |
| Mar-16 | 532.85 | .00 |  | 2,836.37 | 1,598.52 |
| Apr-16 | 532.85 | .00 |  | 3,369.22 | 2,131.37 |
| May-16 | 532.85 | .00 |  | 3,902.07 | 2,664.22 |
| Jun-16 | 532.85 | .00 |  | 4,434.92 | 3,197.07 |
| Jul-16 | 532.85 | 353.11 | COUNTY 2ND | 4,614.66 | 3,376.81 |
| Jul-16 | .00 | 1,210.26 | CO 2ND 2ND P | 3,404.40 | 2,166.55 |
| Aug-16 | 532.85 | .00 |  | 3,937.25 | 2,699.40 |
| Sep-16 | 532.85 | .00 |  | 4,470.10 | 3,232.25 |
| Oct-16 | 532.85 | .00 |  | 5,002.95 | 3,765.10 |
| Nov-16 | 532.85 | .00 |  | 5,535.80 | 4,297.95 |
| Dec-16 | 532.85 | .00 |  | 6,068.65 | 4,830.80 |
| Jan-17 | 532.85 | .00 |  | 6,601.50 | 5,363.65 |
| Feb-17 | 532.85 | 289.95 | COUNTY 1ST | 6,844.40 | 5,606.55 |
| Feb-17 | .00 | 2,719.27 | CO 1ST 2ND P | 4,125.13 | 2,887.28 |
| Feb-17 | .00 | 1,821.58 | HOMEOWNERS I | (c) 2,303.55 | (b) 1,065.70 |
| **TOTAL** | **$6,394.20** | **(a) $6,394.17** |  |  |  |

### IMPORTANT MESSAGES

Fay Servicing is a debt collector and information you provide will be used to collect a debt. However, if you have filed for bankruptcy we will fully respect any applicable automatic stay, modification or discharge. Further, if you filed Chapter 7 Bankruptcy, received a discharge and this loan was not reaffirmed in the bankruptcy case, we will exercise on in rem rights as allowed under applicable law and will not attempt to collect, recover or offset the discharged debt as your personal liability. If your account is currently included in a Chapter 13 Bankruptcy, the escrow shortage at the time of filing will be spread over the life of the Bankruptcy. Any Shortage for the annual escrow analysis will comply with federal requirements. NMLS ID#88244

---

DETACH COUPON HERE

### ESCROW PAYMENT COUPON



ALGIMANTAS KEBURIS

Account Number: 

**Make checks payable to Fay Servicing**

Escrow Shortage Payment

FAY SERVICING
P.O. BOX 809441
CHICAGO, IL 60680-9441

Total Amount Enclosed  $ ☐☐☐☐☐☐.☐☐

**Internet Reprint**

# ESCROW ACCOUNT DISCLOSURE STATEMENT

This is a statement of actual activity in your escrow account from 12/01/2014 through 02/01/2015. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 0.00 | -4,890.72 |
| 12/14 | | 10,622.48 | E | | | E | | 0.00 < | 5,731.76 |
| 01/15 | | 701.28 | E | | | E | | 0.00 | 6,433.04 |
| 02/15 | | 701.28 * | E | | 289.95 | E | COUNTY 1ST | 0.00 | 6,844.37 |
| 02/15 | | * | E | | 2,719.27 | E | CO 1ST 2ND P | 0.00 | 4,125.10 |
| 02/15 | | * | E | | 1,821.58 | E | HOMEOWNERS I | 0.00 | 2,303.52 < |
| TOTAL | $0.00 | $12,025.04 | | $0.00 | $4,830.80 | | | | |

Case 15-37343    Doc 28    Filed 01/29/16    Entered 01/29/16 14:47:46    Desc Main Document      Page 5 of 5